

Jan 27, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-20027-CR-ALTONAGA/TORRES

18 U.S.C. § 1349
18 U.S.C. § 1347
18 U.S.C. § 2
18 U.S.C. § 982(a)(7)

UNITED STATES OF AMERICA

v.

ROSA MARIA JUNQUERA,
LEDUAN ABRAHAN MORENO GARCIA,
    a/k/a "TITO,"
JOSE RAMON BATISTA, and
MAYKELL GONZALEZ HERRERA,

       Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

#### Commercial Insurance

1. The insurance company Blue Cross Blue Shield ("BCBS") provided health insurance plans to private sector employees.

2. In addition, some employers offered Administrative Services Only ("ASO") insurance plans to their employees. These employers contracted with BCBS to handle the administrative tasks such as billing, claims handling, and claims payment with respect to claims submitted on behalf of their employees. These ASO insurance plans reimbursed BCBS for the money the insurance company paid out for health benefits for their respective employees.

3. BCBS and the ASO insurance plans offered by employers and managed by BCBS were "health care benefit programs," as defined in Title 18, United States Code, Section 24(b).

4. BCBS often made payments directly to physicians, medical clinics, or other health care providers, rather than to the beneficiary who received the health care benefits, items, and services. This occurred when the provider accepted assignment of the right to payment from the beneficiary.

5. To obtain payment for treatment or services provided to a beneficiary, physicians, medical clinics, and other health care providers had to submit itemized claim forms to the beneficiary's insurance plan. The claim forms were typically submitted electronically via the internet. The claim form required certain important information, including: (a) the beneficiary's name and Health Insurance Claim Number or other identification number; (b) a description of the health care benefit, item, or service that was provided or supplied to the beneficiary; (c) the billing codes for the benefit, item, or service; (d) the date upon which the benefit, item, or service was provided or supplied to the beneficiary; and (e) the name of the referring physician or other health care provider, as well as a unique identifying number, known either as the Unique Physician Identification Number ("UPIN") or National Provider Identifier ("NPI").

6. When a provider submitted a claim form to an insurance plan, the provider certified that the contents of the form were true, correct, complete, and that the form was prepared in compliance with the applicable laws and regulations concerning the submission of health care claims. The provider also certified that the services being billed were medically necessary and were in fact provided as billed.

**The Defendants and a Related Entity**

7. Lucerna Medical Center Inc. ("Lucerna") was a Florida corporation, located in Miami-Dade County. Lucerna was a medical clinic that purportedly provided insurance beneficiaries with various medical treatments and services.

8. Defendant **ROSA MARIA JUNQUERA**, a resident of Broward County, Florida, was the president and registered agent of Lucerna.

9. Defendant **LEDUAN ABRAHAN MORENO GARCIA**, a/k/a "TITO," a resident of Miami-Dade County, Florida, was a manager of Lucerna.

10. Defendant **JOSE RAMON BATISTA** was a resident of Miami-Dade County, Florida.

11. Defendant **MAYKELL GONZALEZ HERRERA** was a resident of Lee County, Florida.

## COUNT 1
**Conspiracy to Commit Health Care Fraud and Wire Fraud**
**(18 U.S.C. § 1349)**

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. From in or around November 2017, and continuing through in or around February 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ROSA MARIA JUNQUERA,**
**LEDUAN ABRAHAN MORENO GARCIA,**
**a/k/a "TITO,"**
**JOSE RAMON BATISTA, and**
**MAYKELL GONZALEZ HERRERA,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate and agree with each other and with others known and unknown to

3

the Grand Jury, to commit offenses against the United States, that is:

      a.    to knowingly and willfully execute a scheme and artifice to defraud health care benefit programs affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, BCBS and ASO insurance plans managed by BCBS, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit programs, in connection with the delivery of and payment for health care benefits, items, and services, in violation of Title 18, United States Code, Section 1347; and

      b.    to knowingly and with the intent to defraud, devise and intend to devise a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing the pretenses, representations, and promises were false and fraudulent when made, and for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## **PURPOSE OF THE CONSPIRACY**

3.    It was the purpose of the conspiracy for the defendants and their co-conspirators to unlawfully enrich themselves by, among other things: (a) offering, paying, soliciting, and receiving kickbacks for the referral of individuals to serve as patients at Lucerna; (b) offering and paying kickbacks to beneficiaries to serve as patients at Lucerna; (c) submitting and causing the submission of false and fraudulent claims to health care benefit programs; (d) concealing the submission of false and fraudulent claims to health care benefit programs; (e) concealing the receipt of the fraud proceeds; and (f) diverting the fraud proceeds for their personal use and

4

benefit, and the use and benefit of others, and to further the fraud.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and their co-conspirators sought to accomplish the objects and purpose of the conspiracy included, among others, the following:

4. **ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," JOSE RAMON BATISTA, MAYKELL GONZALEZ HERRERA,** and others recruited individuals to serve as patients for Lucerna by offering a kickback if they gave their insurance information to Lucerna.

5. **ROSA MARIA JUNQUERA and LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO,"** paid kickbacks to **JOSE RAMON BATISTA, MAYKELL GONZALEZ HERRERA,** and others for recruiting and referring patients to Lucerna.

6. **ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," JOSE RAMON BATISTA, MAYKELL GONZALEZ HERRERA,** and others submitted and caused Lucerna to submit, via interstate communications, to BCBS and ASO insurance plans managed by BCBS claims for reimbursement which falsely and fraudulently represented that various health care benefits were medically necessary, properly prescribed by a doctor, and had been provided by Lucerna to insurance beneficiaries of BCBS and ASO insurance plans managed by BCBS.

7. As a result of such false and fraudulent claims, BCBS and ASO insurance plans managed by BCBS made payments to Lucerna, via interstate wire communication, into Lucerna's corporate bank account.

8. **ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," JOSE RAMON BATISTA, MAYKELL GONZALEZ HERRERA,** and others

used the proceeds of the health care fraud for their personal use and benefit, and to further the fraud.

All in violation of Title 18, United States Code, Section 1349.

## COUNTS 2–7
## Health Care Fraud
## (18 U.S.C. § 1347)

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as if fully set forth herein.

2. From in or around November 2017, and continuing through in or around February 2021, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendants,

**ROSA MARIA JUNQUERA,
LEDUAN ABRAHAN MORENO GARCIA,
a/k/a "TITO,"
JOSE RAMON BATISTA, and
MAYKELL GONZALEZ HERRERA,**

in connection with the delivery of and payment for health care benefits, items, and services, did knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs affecting commerce, as defined in Title 18, United States Code, Section 24(b), that is, BCBS and ASO insurance plans managed by BCBS, and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of said health care benefit programs.

### Purpose of the Scheme and Artifice

3. It was a purpose of the scheme and artifice for the defendants and their accomplices to unlawfully enrich themselves by, among other things: (a) offering, paying, soliciting, and receiving kickbacks for the referral of individuals to serve as patients at Lucerna; (b) offering and paying kickbacks to beneficiaries to serve as patients at Lucerna; (c) submitting

6

and causing the submission of false and fraudulent claims to health care benefit programs; (d) concealing the submission of false and fraudulent claims to health care benefit programs; (e) concealing the receipt of the fraud proceeds; and (f) diverting the fraud proceeds for their personal use and benefit, and the use and benefit of others, and to further the fraud.

### The Scheme and Artifice

The Manner and Means section of Count 1 of this Indictment is realleged and incorporated by reference as though fully set forth herein as a description of the scheme and artifice.

### Acts in Execution or Attempted Execution of the Scheme and Artifice

On or about the dates specified as to each count below, in Miami-Dade and Broward Counties, in the Southern District of Florida, and elsewhere, the defendants, as specified in each count below, did knowingly and willfully execute, and attempt to execute, the above-described scheme and artifice to defraud health care benefit programs affecting commerce, in that the defendants so identified submitted and caused the submission of false and fraudulent claims seeking the identified dollar amounts, and representing that Lucerna provided medically necessary items and services to beneficiaries of BCBS and ASO insurance plans managed by BCBS beneficiaries pursuant to physicians' orders and prescriptions as set forth below:

[REMAINDER OF PAGE INTENTIONALLY BLANK]

| Count | Defendants | Beneficiary | Approx. Date Claim Received | Claim Number | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|
| 2 | ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," and JOSE RAMON BATISTA | K.D.B. | 04/30/18 | H10000666886779 | Application of a Modality to one or more areas; Electrical stimulation; $150.00 |
| 3 | ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," and MAYKELL GONZALEZ HERRERA | A.V. | 06/10/18 | H10000680918964 | Therapeutic Procedure, 1 or more areas, each 15 minutes; neuro muscular reeducation of movement, balance, coordination, kinesthetic sense, posture, and/or proprioception for sitting and/or standing activities; $300.00 |
| 4 | ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," and MAYKELL GONZALEZ HERRERA | A.J.V.O. | 08/15/18 | H10000687953991 | Application of a Modality to one or more areas; Electrical stimulation; $150.00 |

| Count | Defendants | Beneficiary | Approx. Date Claim Received | Claim Number | Services Claimed; Approx. Amount Claimed |
|---|---|---|---|---|---|
| 5 | ROSA MARIA JUNQUERA and MAYKELL GONZALEZ HERRERA | J.G.N.T. | 08/28/18 | H10000690360076 | Application of a Modality to one or more areas; Electrical stimulation; $150.00 |
| 6 | ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," and JOSE RAMON BATISTA | K.A.V. | 3/27/18 | H100000660109407 | Lumbar-sacral orthosis, sagittal-coronal control, with rigid anterior and posterior frame/panel(s), posterior extends from sacrococcygeal junction to T-9 vertebra, lateral strength provided by rigid lateral frame/panel(s), produces intracavitary pressure to reduce load on intervertebral; $6,000.00 |
| 7 | ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," and JOSE RAMON BATISTA | M.L. | 03/05/19 | H10000727514124 | Application of a modality to one or more areas; hot or cold packs; $150.00 |

In violation of Title 18, United States Code, Sections 1347 and 2.

## FORFEITURE
## (18 U.S.C. § 982)

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendants, **ROSA MARIA JUNQUERA, LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO," JOSE RAMON BATISTA,** and **MAYKELL GONZALEZ HERRERA,** have an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 1347 or 1349, as alleged in this Indictment, the defendants so identified shall forfeit to the United States any property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offense, pursuant to Title 18, United States Code, Section 982(a)(7).

3. If any of the property subject to forfeiture, as a result of any act or omission of the defendant,

 (a) cannot be located upon the exercise of due diligence;

 (b) has been transferred or sold to, or deposited with, a third party;

 (c) has been placed beyond the jurisdiction of the court;

 (d) has been substantially diminished in value; or

 (e) has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of Title 21, United States Code, Section 853(p).

All pursuant to Title 18, United States Code, Sections 982(a)(7) and 982(a)(2)(A), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

*[signature]*
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

*[signature]*
STEPHANIE HAUSER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ROSA MARIA JUNQUERA, et al.

_____Defendants._____/

CASE NO._____

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

**Court Division:** (Select One)
- [✓] Miami
- [ ] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) Yes
   List language and/or dialect  Spanish

4. This case will take  5-7  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days        [ ]
   - II   6 to 10 days       [✓]
   - III  11 to 20 days      [ ]
   - IV   21 to 60 days      [ ]
   - V    61 days and over   [ ]

   (Check only one)
   - Petty        [ ]
   - Minor        [ ]
   - Misdemeanor  [ ]
   - Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No)  No
   If yes: Judge _____  Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)  No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)  No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No)  No

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? (Yes or No)  No

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No)  No

_____
STEPHANIE HAUSER
Assistant United States Attorney
FLA Bar No.      92765

*Penalty Sheet(s) attached                                                   REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ROSA MARIA JUNQUERA

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

* **Max. Penalty:** 20 years' imprisonment

Counts #: 2–7

Health Care Fraud

Title 18, United States Code, Section 1347

* **Max. Penalty:** 10 years' imprisonment, as to each Count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** JOSE RAMON BATISTA

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

\* **Max. Penalty:**     20 years' imprisonment

Counts #: 2, 6, 7

Health Care Fraud

Title 18, United States Code, Section 1347

\* **Max. Penalty:**     10 years' imprisonment, as to each Count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  MAYKELL GONZALEZ HERRERA

Case No: _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

* Max. Penalty:     20 years' imprisonment

Counts #: 3, 4, 5

Health Care Fraud

Title 18, United States Code, Section 1347

* Max. Penalty:     10 years' imprisonment, as to each Count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** LEDUAN ABRAHAN MORENO GARCIA, a/k/a "TITO"

**Case No:** _____

Count #: 1

Conspiracy to Commit Health Care Fraud and Wire Fraud

Title 18, United States Code, Section 1349

\* **Max. Penalty:**  20 years' imprisonment

Counts #: 2–4, 6, 7

Health Care Fraud

Title 18, United States Code, Section 1347

\* **Max. Penalty:**  10 years' imprisonment, as to each Count

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**